IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-001986-RBJ-MEH

MARCUS WEAVER,

      Plaintiff,

v.

CENTURY THEATRES, INC.,
CINEMARK, USA, INC. d/b/a Century Aurora 16, and
CINEMARK HOLDINGS, INC.,

      Defendants.

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE

---

      This matter comes before the Court on Plaintiff's Unopposed Motion to Consolidate [ECF No. 7]. The Court, having reviewed the Motion and being otherwise advised in the premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that this case be consolidated with the following cases for purposes of discovery and motions practice: *Traynom and Axelrod, 1:12-cv-02514; Nowlan, 1:12-cv-02517; Rosborough, Lumba, Briscoe, Hoover, Boik and Duran, 1:12-cv-02687; Jackson, 1:12-cv-02704; Medek, 1:12-cv-2705; Sullivan, 1:12-cv-2900; Spruel, 1:13-cv-00045; Gravelly, 1:13-cv-0046; Johnson and Sweeney, 1:13-cv-00114; Golditch, 1:13-cv-01842; Moser, 1:13-cv-01995; Brooks, 1:13-cv-*

1

*02060; and, Larimer, 1:13-cv-02239, Gallup, 1:13-cv-02988; Brooke Cowden, Kristina Cowden and Weston Cowden, 1:13-cv-02992, and Stefan Moton, 1:13-cv-3316.*

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Traynom and Axelrod*, 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through this order. Also, orders issued in *Traynom and Axelrod*, 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiff Marcus Weaver.

DATED this 29th day of July, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge